IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOSEPH MASSEY, #107773**                                                                                          **PETITIONER**

**v.**                                                                                          **CAUSE NO. 1:12CV153 LG-JMR**

**STATE OF MISSISSIPPI and**
**JOHNNIE DENMARK**                                                                                          **RESPONDENTS**

### FINAL JUDGMENT

In accordance with the Order Dismissing Petition for Writ of Habeas Corpus entered herewith;

**IT IS ORDERED AND ADJUDGED** that Petitioner's Petition for Writ of Habeas Corpus is **DENIED** and this case is **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 4th day of January, 2013.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE