# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**JOSEPH MASSEY, #107773**            **PETITIONER**

**v.**            **CAUSE NO. 1:12CV153 LG-JMR**

**STATE OF MISSISSIPPI and**
**JOHNNIE DENMARK**            **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the Order Dismissing Petition for Writ of Habeas Corpus entered herewith;

**IT IS ORDERED AND ADJUDGED** that Petitioner's Petition for Writ of Habeas Corpus is **DENIED** and this case is **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 4th day of January, 2013.

                                   s/ *Louis Guirola, Jr.*
                                   LOUIS GUIROLA, JR.
                                   CHIEF U.S. DISTRICT JUDGE